**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BALRAJ SINGH,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>　　　　　　Respondent. | No. 06-75470<br><br>Agency No. A073-426-080<br><br>MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:　　FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

　　Balraj Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying his motion to reconsider its prior

order denying reopening based on ineffective assistance of counsel. We have

---

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

RB/Research

jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 790 (9th Cir. 2005). We deny the petition for review.

The BIA was within its discretion in denying Singh's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's June 23, 2006, decision denying reopening. *See* 8 C.F.R. § 1003.2(b)(1).

Singh's remaining contention is unpersuasive.

**PETITION FOR REVIEW DENIED**.